UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANITA DRIVEN,

      Plaintiff,

  v.                                 Case No. 06-cv-764-JPG

J. BUCKS,

      Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes.  Plaintiff Anita Driven filed this action in October 2006 (Doc. 1).  The Court allowed Driven to proceed *in forma pauperis* and appointed the United States Marshal Service ("USMS") to serve process after Driven provided it with the appropriate service documents (Doc. 5).  Driven did not provide the USMS with the service documents and, as a consequence, service was not accomplished within 120 days of the commencement of this action as required by Federal Rule of Civil Procedure 4(m).  On August 13, 2007, Magistrate Judge Philip M. Frazier ordered Driven to show cause on or before August 30, 2007, why her claim against defendant J. Bucks should not be dismissed without prejudice for lack of service of process (Doc. 9).  Driven has not responded to the order to show cause.  Accordingly, the Court **DISMISSES** this case **without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) for failure to achieve service.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  September 5, 2007**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**