UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANITA DRIVEN,

        Plaintiff,

  v.

J. BUCKS,

        Defendant.

Case No. 06-cv-764-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve the defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**By:s/Deborah Agans, Deputy Clerk**

**DATED:  September 5, 2007**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**